```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 04526
   JOHN T REXROAT
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0212


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/28/08 .

   2.  The case was dismissed without confirmation, 05/16/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                PAID             PAID
------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00              .00              .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE   NOT FILED              .00              .00
AMERICAN GENERAL FINANCE   SECURED               .00              .00              .00
CONSUMERS CO OP CR UN      UNSECURED       NOT FILED              .00              .00
GMAC PAYMENT CENTER        UNSECURED       NOT FILED              .00              .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED              .00              .00
ALLIED CREDIT              UNSECURED       NOT FILED              .00              .00
CITIBANK                   UNSECURED       NOT FILED              .00              .00
CONSUMERS CO OP CR UN      UNSECURED       NOT FILED              .00              .00
COOK COUNTY DEPT OF REVE   UNSECURED       NOT FILED              .00              .00
COOK COUNTY STATES ATTOR   UNSECURED       NOT FILED              .00              .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED              .00              .00
DUPAGE COUNTY CLERK        UNSECURED       NOT FILED              .00              .00
FINANCIAL ASSET MGMT       UNSECURED       NOT FILED              .00              .00
HSBC                       UNSECURED       NOT FILED              .00              .00
JC PENNEY CO               UNSECURED       NOT FILED              .00              .00
NATIONWIDE                 UNSECURED       NOT FILED              .00              .00
NATIONWIDE CREDIT & COLL   UNSECURED       NOT FILED              .00              .00
NICOR GAS                  UNSECURED       NOT FILED              .00              .00
NORTHWEST COLLECTORS       UNSECURED       NOT FILED              .00              .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                PAID             PAID

RECEIVABLES MANAGEMENT I   UNSECURED       NOT FILED              .00              .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED              .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER           TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00          .00          .00          .00             .00
PRINCIPAL PAID       .00          .00          .00          .00             .00
INTEREST PAID        .00          .00          .00          .00             .00
TOTAL PAID           .00          .00          .00          .00             .00
The Debtor's attorney, ERNESTO D BORGES JR              , was allowed $      .00
```

and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE